Opinion issued July 11, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00456-CV

____________


JULIE HEARN, Appellant


V.


AHMAD BOUJABADI A/K/A ANDY A. BOUJABABI A/K/A ANDY AHMAD
BOUJABADI DOING BUSINESS AS ACE VALET D/B/A ACE LIMOUSINE &
CHARTER SERVICES, ACE LIMOUSINE SERVICE AND CYRUS USA, INC.,
JOINTLY AND SEVERALLY, AND IRAN TALPUR AND ABID HUSSAIN, 
Appellee






On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 666,544






O P I N I O N

 Appellant has filed a motion to abate or dismiss her appeal. Appellant
represents that appellees agree with the motion, and more than 10 days has elapsed
with no objection being filed. No opinion has issued. Accordingly, the motion is
granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(2).


 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Mirabal, Taft, and Alcala.

Do not publish. Tex. R. App. P. 47.